Misty Perry Isaacson, SBN 193204
Pagter and Perry Isaacson
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Tel: 714-541-6072
Fax: 714-541-6897
misty@ppilawyers.com

Attorneys for Debtors

**FILED & ENTERED**

**AUG 21 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY le            DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FRANCISCO RAMIREZ RAMIREZ and AURORA MENDEZ BARAJAS,<br><br>       Debtors. | Case No.: 8:18-bk-13870-CB<br><br>Chapter 13<br><br>ORDER:<br> 1.) SETTING EVIDENTIARY HEARING RE DEBTOR'S OBJECTION TO PROOF OF CLAIM 3, and<br> 2.) COMPELLING ATTENDANCE BY ATTORNEY GREGORY BOSSE, PRESIDENT OF INVESTMENT CONSULTANTS, INC., C.P. FISHER, AND DEBTORS (FRANCISCO RAMIREZ RAMIREZ and AURORA MENDEZ BARAJAS<br><br>**OBJECTION HEARING**<br>Date: August 8, 2019<br>Time: 1:30 p.m.<br>Courtroom:  5D<br>Address: 411 W. Fourth St.<br>    Santa Ana, CA 92701<br><br>**EVIDENTIARY HEARING**<br>Date:  September 19, 2019<br>Time:  10:00 a.m.<br>Courtroom:  5D<br>Address: 411 W. Fourth St.<br>    Santa Ana, CA 92701 |

  A hearing was held on August 8, 2019, at 1:30 p.m., before the Honorable Catherine E.

Bauer, United States Bankruptcy Judge for the Central District of California, in Courtroom 5D

located at 411 West Fourth St., Santa Ana, CA, on Debtors' Objection to Proof of Claim #3 filed March 29, 2019 as Docket #39 ("Objection").  Appearances were made as noted on the record.

The Court having read and considered the Objection and responsive pleadings, heard the statements of counsel, and with good cause shown,

IT IS ORDERED:

1.    An evidentiary hearing on the validity of ICI's Proof of Claim will be held on September 19, 2019 at 10:00 a.m. in Courtroom 5D located at 411 W. Fourth Street, Santa Ana, California, 92701.

2.    Except for evidence used for the purpose of impeachment, any additional evidence in support of the parties' positions must be filed with the Court by September 12, 2019.

3.    Attorney Gregory L. Bosse is ordered to appear before this Court in courtroom 5D on September 19, 2019 at 10:00 a.m. and be available for cross-examination by the Debtors.

4.    C.P. Fisher, President of ICI is ordered to appear before this Court in courtroom 5D on September 19, 2019 at 10:00 a.m. and be available for examination by the Debtors.

5.    Francisco Ramirez Ramirez and Aurora Mendez Barajas are ordered to appear before this Court in courtroom 5D on September 19, 2019 at 10:00 a.m. and be available for cross-examination by ICI.

###

Date: August 21, 2019

Catherine Bauer
United States Bankruptcy Judge