

**FILED & ENTERED**

**AUG 04 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Francisco Ramirez Ramirez<br>Aurora Mendez Barajas<br><br>                              Debtor(s). | Case No.: 8:18-bk-13870-MW<br><br>CHAPTER 13<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Date:         October 7, 2020<br>Time:        9:00 AM<br>Courtroom: 6C |

The Court sets a status conference after the Bankruptcy Appellate Panel's reversal and remand of the *Order on Objections to Claims: Claim No. 3 of Investment Consultants in the Amount of $163,284.01* [Docket No. 70] for October 7, 2020 at 9:00 a.m. to determine the best manner in which to proceed with this matter. A status report with the Parties' positions and recommendations is due September 23, 2020.

IT IS SO ORDERED.

Date: August 4, 2020

Mark S. Wallace
United States Bankruptcy Judge