**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

FILED

AUG 3 2020

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

___

In re: MENDEZ AURORA BARAJAS;
FRANCISCO RAMIREZ RAMIREZ

Debtors

------------------------------

INVESTMENT CONSULTANTS, INC.

Appellant

v.

FRANCISCO RAMIREZ RAMIREZ;
AURORA MENDEZ BARAJAS

Appellees

BAP No. CC-19-1257-STaF

Bankr. No. 18-13870
Chapter 13

___

**JUDGMENT**

ON APPEAL from the United States Bankruptcy Court for California Central - Santa Ana.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is **REVERSED and REMANDED.**

**FOR THE PANEL,**

Susan M Spraul
Clerk of Court
**By:** Vicky Jackson-Walker, Deputy Clerk