Misty Perry Isaacson, CA SBN 193204
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Telephone: (714) 541-6072
Facsimile:  (714) 541-6897
Email: misty@ppilawyers.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FRANCISCO RAMIREZ RAMIREZ and AURORA MENDEZ BARAJAS,<br><br>Debtors. | Case No.: 8:18-bk-13870-MW<br><br>Chapter 13<br><br>JOINT STATUS REPORT REGARDING REMAND OF THE ORDER ON OBJECTION TO CLAIMS: CLAIM NO. 3 INVESTMENT CONSULTANTS IN THE AMOUNT OF $163,284.01<br><br>Date:    January 11, 2021<br>Time:    2:00 p.m.<br>Ctrm:    6C<br>Place:   Telephonic via CourtCall<br>[See Judge's Court Procedures During the Pandemic]<br>https://www.cacb.uscourts.gov/sites/cacb/files/documents/judges/instructions/MW_Coronavirusannouncement.pdf |

TO THE HONORABLE MARK S. WALLACE, U.S. BANKRUPTCY JUDGE:

Francisco Ramirez Ramirez and Aurora Mendez Barajas (collectively the "Debtors" or "Movants") and Investment Consultants, Inc. ("ICI" or "Respondent") (collectively the "Parties"), by and through their respective counsel, do hereby submit the following status report regarding their positions and recommendations for the upcoming status conference hearing regarding the Debtor's Objection to ICI's proof of claim ("Objection").

- 1 -

### Mediation with Hon. Meredith A. Jury (Ret.)

The Parties attended two half-day mediation sessions with the Hon. Meredith A. Jury, retired U.S. Bankruptcy Judge for the Central District of California on October 29, 2020 and November 9, 2020. On November 9, 2020 the Parties were able to settle the Debtor's Objection and executed a term sheet that was prepared by Judge Jury. The terms of which provide that:

A. The Debtors' loan with ICI will be modified as follows:

1. The principal will be $65,000;
2. The interest rate will be 7% unless there is a default after notice as set forth in the formal agreement, after which the default interest rate will be 8.5%;
3. Interest only monthly payment of $379.16, with the opportunity to prepay principal with no prepayment penalty;
4. Balloon payment of all outstanding principal and interest after 7 years (84 months);

B. Any presently pending foreclosure on the loan held by ICI against the Debtors' home will be terminated/withdrawn.

C. The automatic stay of Bankruptcy Code section 362 shall be terminated between the Parties, such that ICI may take appropriate state court action upon default;

D. The Debtors will execute a release of all claims against ICI, Gregory Bosse, and C.P. Fisher, with a California Civil Code section 1542 waiver;

E. The settlement agreement shall be documented with a formal written agreement prepared by Debtors' attorney Misty Perry Isaacson, to be approved by the Court; and

F. The loan modification will be documented with a formal agreement prepared by ICI or its attorneys.

### Parties' Recommendation

The Parties are in the process of finalizing the formal settlement agreement and loan modification. Because the Parties do not wish to waste time/resources of the Court, the Parties wish to continue the January 11, 2021 status conference for approximately 60 days to March 8,

2021 at 2:00 p.m. to allow the Parties to complete the settlement and seek the approval of the same before this Court.

Respectfully submitted,

Date: December 18, 2020

PAGTER AND PERRY ISAACSON

/s/ Misty Perry Isaacson

Misty Perry Isaacson, Attorneys for Debtors, Francisco Ramirez Ramirez and Aurora Mendez Barajas

Date: December 18, 2020

WEBER FIRMAN

Fritz J. Firman, Attorneys for Creditor, Investment Consultants, Inc.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA  92701**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT REGARDING REMAND OF THE ORDER ON OBJECTION TO CLAIMS: CLAIM NO. 3 INVESTMENT CONSULTANTS IN THE AMOUNT OF $163,284.01** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/22/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amrane (SA) Cohen (TR)**    efile@ch13ac.com
- **Sean C Ferry**    sferry@rasflaw.com, sferry@ecf.courtdrive.com
- **Fritz J Firman**    firmanweber@Yahoo.com, centralservice.firmanweber@gmail.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*), I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/22/2020 | IMELDA BYNOG | /s/ *Imelda Bynog* |
|---|---|---|
| Date | Printed Name | Signature |