FILED & ENTERED

MAY 05 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| In re:<br><br>Francisco Ramirez Ramirez<br>Aurora Mendez Barajas<br><br>Debtor(s). | Case No.: 8:18-bk-13870-MW<br>CHAPTER 13<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>(Re: Objection to Claim No. 3)<br><br>Date:          April 26, 2021<br>Time:         2:00 PM<br>Courtroom:  6C |
|---|---|

    Having been informed that a modification agreement is being drafted, the Court continues the status conference to June 14, 2021 at 2:00 p.m.

    IT IS SO ORDERED.

###

Date: May 5, 2021

Mark S. Wallace
United States Bankruptcy Judge

-1-