R. Gibson Pagter, Jr., CA SBN 116450
Misty Perry Isaacson, CA SBN 193204
**PAGTER and PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Telephone: (714) 541-6072
Facsimile:  (714) 541-6897
Email: gibson@ppilawyers.com
Email: misty@ppilawyers.com

Counsel for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | Case No.: 8:18-bk-13870-MW |
|---|---|
| FRANCISCO RAMIREZ RAMIREZ AND AURORA MENDEZ BARAJAS, | Chapter 13 |
| | NOTICE OF INCREASED HOURLY RATES CHARGED BY PAGTER AND PERRY ISAACSON |
| | [NO HEARING REQUIRED] |
| Debtors. | |

**TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY**

**JUDGE, OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that effective September 1, 2021, the hourly rates

charged by Pagter and Perry Isaacson will increase as follows:

| Attorneys | Previous Rate | Increased Rate |
|---|---|---|
| R. Gibson Pagter, Jr. | $600 | $650 |
| Misty Perry Isaacson | $400 | $500 |

Dated: 6/29/2021                           Respectfully submitted,

                                           PAGTER AND PERRY ISAACSON

                                           /s/ Misty Perry Isaacson
                                           _____
                                           Misty Perry Isaacson,
                                           Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

IN RE:

FRANCISCO RAMIREZ RAMIREZ
AURORA MENDEZ BARAJAS

CASE NO: 8:18-bk-13870-MW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/30/2021, I did cause a copy of the following documents, described below,

NOTICE OF INCREASED HOURLY RATES CHARGED BY PAGTER AND PERRY ISAACSON

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/30/2021

/s/ Misty Perry Isaacson
Misty Perry Isaacson  193204

PAGTER AND PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA  92701
714 541 6072

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>FRANCISCO RAMIREZ RAMIREZ<br>AURORA MENDEZ BARAJAS | CASE NO: 8:18-bk-13870-MW<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 6/30/2021, a copy of the following documents, described below,

NOTICE OF INCREASED HOURLY RATES CHARGED BY PAGTER AND PERRY ISAACSON

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/30/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Misty Perry Isaacson
PAGTER AND PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA  92701

PARTIES DESIGNATED AS EXCLUDED WERE NOT SERVED VIA U.S. FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SERVED BY ELECTRONICALLY RECEIVED A/B APPEARANCE NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09738
CASE 8-18-BK-13870-MW
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA
WED JUN 30 06-57-31 PDT 2021

DEUTSCHE BANK NATIONAL TRUST COMPANY AS
TRU
ROBERTSON ANSCHUTZ  SCHNEID PL
6409 CONGRESS AVE SUITE 100
BOCA RATON FL 33487-2853

INVESTMENT CONSULTANTS INC
CO FRITZ J FIRMAN
1503 SOUTH COAST DRIVE STE 209
COSTA MESA CA 92626-1527

EXCLUDE

PAGTER AND PERRY ISAACSON APLC
525 N CABRILLO PARK DRIVE
SUITE 104
SANTA ANA CA 92701-5017

EXCLUDE

SANTA ANA DIVISION
411 WEST FOURTH STREET SUITE 2030
SANTA ANA CA 92701-4500

CALIFORNIA DEPT OF TAX  FEE
ADMINISTRATION
SPECIAL OPERATIONS BRANCH MIC55
PO BOX 942879
SACRAMENTO CA 94279-0055

FIRTZ J FIRMAN ESQ
1503 COAST DRIVE SUITE 209
COSTA MESA CA 92626-1527

GREGORY BOSSE
940 W 17TH ST SUITE F
SANTA ANA CA 92706-3574

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INVESTMENT CONSULTANTS INC
ATTN MANAGING AGENT
400 SOUTH JONES BLVD
LAS VEGAS NV 89107-2658

OCWEN
ATTN BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH FL 33416-4605

OCWEN LOAN SERVICING LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH FL 33416-4605

EXCLUDE

OFFICE OF THE UNITED STATE TRUSTEE
411 W FOURTH ST SUITE 7160
SANTA ANA CA 92701-4500

PITE DUNCAN
4375 JUTLAND DRIVE SUITE 200
PO BOX 17933
SAN DIEGO CA 92177-7921

UNITED STATES TRUSTEE SA
411 W FOURTH ST SUITE 7160
SANTA ANA CA 92701-4500

EXCLUDE

AMRANE SA COHEN TR
770 THE CITY DRIVE SOUTH SUITE 3700
ORANGE CA 92060-4920

AURORA MENDEZ BARAJAS
13422 ELMWOOD ST
GARDEN GROVE CA 92843-2647

DEBTOR

FRANCISCO RAMIREZ RAMIREZ
13422 ELMWOOD ST
GARDEN GROVE CA 92843-2647

EXCLUDE

MISTY A PERRY ISAACSON
PAGTER AND PERRY ISAACSON APLC
525 N CABRILLO PARK DR STE 104
SANTA ANA CA 92701-5017

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF ORIGINAL" THROUGH THE COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

ustpregion16.sa.ecf@usdoj.gov

(Debtor)
Francisco Ramirez Ramirez
13422 Elmwood St.
Garden Grove, CA 92843
represented by:
Misty A Perry Isaacson
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

misty@ppilawyers.com

Pagter and Perry Isaacson, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701
(Attorney)
represented by:
Misty A Perry Isaacson
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

misty@ppilawyers.com

(Joint Debtor)
Aurora Mendez Barajas
13422 Elmwood St.
Garden Grove, CA 92843
represented by:
Misty A Perry Isaacson
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

misty@ppilawyers.com

(Creditor)
Investment Consultants Inc.
c/o Fritz J. Firman
1503 South Coast Drive, Ste 209
Costa Mesa, CA 92626
represented by:
Fritz J Firman
Weber Firman
1503 S Coast Dr
Ste 209
Costa Mesa, CA 92626

firmanweber@Yahoo.com

(Creditor)
DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR AMERIQUEST MORTGAGE
SECURITIES INC., ASSET-BACKED PASS-
THROUGH CERTIFICATES, SERIES 2004-R8
Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
represented by:
Sean C Ferry
Robertson, Anschutz, Schneid & Crane LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

sferry@raslg.com

(Trustee)
Amrane (SA) Cohen (TR)
770 The City Drive South Suite 3700
Orange, CA 92868

efile@ch13ac.com

- 5 -

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA  92701**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF INCREASED HOURLY RATES CHARGED BY PAGTER AND PERRY ISAACSON** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **06/30/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amrane (SA) Cohen (TR)**    efile@ch13ac.com
- **Sean C Ferry**    sferry@raslg.com, sferry@ecf.courtdrive.com
- **Fritz J Firman**    firmanweber@Yahoo.com, centralservice.firmanweber@gmail.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| **6/30/2021** | **IMELDA BYNOG** | /s/ *Imelda Bynog* |
| *Date* | *Printed Name* | *Signature* |