

**FILED & ENTERED**

JUL 01 2021

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle         DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Francisco Ramirez Ramirez<br>Aurora Mendez Barajas<br><br>Debtor(s). | Case No.: 8:18-bk-13870-MW<br><br>CHAPTER 13<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Date:        June 14, 2021<br>Time:        2:00 PM<br>Courtroom:   6C |

    The Court HEREBY continues the status conference to August 9, 2021 at 2:00 p.m. to allow debtor's counsel to contact ICI's counsel.

###

Date: July 1, 2021

Mark S. Wallace
United States Bankruptcy Judge