FILED & ENTERED

AUG 10 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle           DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re:

Francisco Ramirez Ramirez
Aurora Mendez Barajas

Debtor(s).

Case No.: 8:18-bk-13870-MW

CHAPTER 13

**ORDER CONTINUING STATUS CONFERENCE**

Date:        August 9, 2021
Time:        2:00 PM
Courtroom:   6C

The status conference is continued to November 8, 2021 at 2:00 p.m. to give the parties additional time to resolve the settlement agreement modification matter.

IT IS SO ORDERED.

###

Date: August 10, 2021

Mark S. Wallace
United States Bankruptcy Judge