Misty Perry Isaacson, CA SBN 193204
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, California 92701
Telephone: (714) 541-6072
Facsimile: (714) 541-6897
Email: misty@ppilawyers.com

Attorneys for Debtors



**FILED & ENTERED**

**OCT 12 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle **DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FRANCISCO RAMIREZ RAMIREZ and AURORA MENDEZ BARAJAS,<br><br>Debtors. | Case No.: 8:18-bk-13870-MW<br><br>ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN DEBTORS AND INVESTMENT CONSULTANT INCORPORATED RE OBJECTION TO PROOF OF CLAIM NO. 3<br><br>[NO HEARING REQUIRED LBR 9013-1(o) |

After review of the Francisco Ramirez Ramirez and Aurora Mendez Barajas' (collectively the "Debtors") Motion to Approve the Settlement Agreement ("Motion") between them and Investment Consultants Incorporated ("ICI") filed on September 15, 2021 (Docket No. 134) ("Motion") and the declaration of Debtors' counsel in support thereof; and the court having found that due and proper notice of the Motion was provided and no other further notice need be provided; and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the court having found and determined the relief requested in the Motion is in the best interests of the Debtors and the Estate; and after due deliberation and sufficient cause appearing therefore; and no opposition having been filed,

**IT IS HEREBY ORDERED**:

1. The Motion is granted upon the terms and conditions set forth by the Chapter 13 Trustee in Docket No. 135, filed September 27, 2021.

2. The Settlement Agreement is approved in its entirety and shall be binding upon the parties thereto.

3. The proof of claim of ICI (Claim No. 3) shall be allowed in the principal amount of $65,000 and shall be paid directly by the Debtors outside their confirmed Chapter 13 Plan as is set forth in the Settlement Agreement.

4. The parties to the Settlement Agreement are authorized to take all actions reasonably necessary to effectuate the relief granted pursuant to this Order, including performance of the Settlement Agreement.

5. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation, interpretation, or enforcement of the Settlement Agreement or this Order.

###

Date: October 12, 2021

Mark S. Wallace
United States Bankruptcy Judge

PPI Law
525 N. Cabrillo Park Drive,
Suite 104
Santa Ana, CA 92701

**Approved as to Form and Content:**

Dated: October 5, 2021                         PAGTER AND PERRY ISAACSON

/s/ Misty Perry Isaacson
_____
Misty Perry Isaacson
Counsel for Debtors
Francisco Ramirez Ramirez and
Aurora Mendez Barajas

Dated: October 5, 2021                         WEBER FIRMAN

_____
Fritz J. Firman
Counsel for Creditor
Investment Consultants, Inc.

Dated: October 5, 2021                         AMRANE COHEN, CHAPTER 13 TRUSTEE

_____
Brian D. Wirsching
Counsel for Chapter 13 Trustee
Amrane Cohen

PPI Law
525 N. Cabrillo Park Drive,
Suite 104
Santa Ana, CA 92701