Fritz J. Firman, Esq. (State Bar No. 117011)
WEBER FIRMAN
1503 South Coast Drive, Suite 209
Costa Mesa, CA 92626
Tel: (714) 433-7185
Fax: (714) 662-0302

Attorneys for Claimant
Investment Consultants Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re: | Case No.: 8:18-bk-13870 MW |
| | Chapter 13 |
| FRANCISCO RAMIREZ RAMIREZ and | STATUS REPORT RE CLAIMS OBJECTION TO THE CLAIM OF |
| AURORA MENDEZ BARAJAS, | INVESTMENT CONSULTANTS, INC. |
| Debtors. | |

TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE; AMRANE COHEN, CHAPTER 13 TRUSTEE; AND ALL PARTIES IN INTEREST

    The status of the claims objection is that the claims objection is completely resolved. The Court entered an order approving the settlement agreement pursuant to F.R.B.P. 9019 on October 12, 2021 as document number 138. The Chapter 13 trustee submitted comments to the settlement agreement as well.

STATUS REPORT RE CLAIMS OBJECTION TO THE CLAIM OF INVESTMENT CONSULTANTS, INC.

```
 1   DATED: October 19, 2021
 2
                                          By: _____
 3                                            Fritz J. Firman
                                              Attorney for Claimant
 4                                            Investment Consultants, Inc.
 5
 6
 7   DATED: October 19, 2021
 8                                        By: _____
                                              Misty Perry Isaacson
 9                                            Attorney for Debtors
                                              Francisco Ramirez-Ramirez
10                                            Aurora Mendez Barajas
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                          2
     ─────────────────────────────────────────────────────────────────────
     STATUS REPORT RE CLAIMS OBJECTION TO THE CLAIM OF INVESTMENT CONSULTANTS, INC.
```

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1503 South Coast Drive
Suite 209
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **STATUS REPORT RE CLAIMS OBJECTION TO THE CLAIM OF INVESTMENT CONSULTANTS, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/20/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 13 Trustee Amrane (SA) Cohen (TR) - efile@ch13ac.com

Misty Perry Isaacson - misty@ppilawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On **10/20/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge
Honorable Mark S. Wallace
US Bankruptcy Court
411 W. Fourth Street, Ste. 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/20/2021 | Jackson Clerisse | /s/ Jackson Clerisse |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **9013-3.1.PROOF.SERVICE**