**MISTY PERRY ISAACSON**
California State Bar No. 193204
**PAGTER AND PERRY ISAACSON**
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA 92701
Telephone: (714) 541-6072
Facsimile:  (714) 541-6897
Email: misty@ppilawyers.com

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re:<br><br>FRANCISCO RAMIREZ RAMIREZ and AURORA BARAJAS MENDEZ,<br><br>Debtor. | Case No. 8:18-bk-13870-MW<br><br>Chapter 13<br><br>APPLICATION FOR SUPPLEMENTAL FEES AND COSTS (12/19/2019 – 10/28/2021); DECLARATION OF MISTY PERRY ISAACSON IN SUPPORT THEREOF<br><br>[NO HEARING REQUIRED] |
|---|---|

This Application is submitted pursuant to Local Bankruptcy Rules 3015-1(v) and (w) adopted by the United States Bankruptcy Court for the Central District of California.

| 1. Date of Filing of Petition: | 10/22/2018 |
|---|---|
| 2. Date of Plan Confirmation: | 11/26/2019 |
| 3. Amount of Fees Approved at Confirmation: | $0.00 (Non RARA Case) |
| 4. Subsequent Fee Application Filed: | Yes |
| If yes:  Date Approved: 02/10/2020 | Amount Approved: $29,154.35 ($25,163.35 paid through plan) | |
| 5. Amount of Fees & Costs Received to Date: | $29,154.35 |
| 6. Time Period of this Application: | From 12/19/2019 to 10/28/2021 |

1

| | |
|---|---|
| 7. Hourly Rate of Professional: | $400.00 through 08/31/2021 increased to $500.00 beginning 09/01/2021 |
| 8. Total Hours in this Application: | 42.7 |
| 9. Total Fees Requested: | $17,335.00 (blended rate of $404.08) |
| 10. Amount included for this Application related to preparation of declaration and order granting same: | .7 hours for preparation of fee application (including an estimate of .2 hours additional fees for preparation of declaration and order granting same. |
| 11. Total Costs Requested this Application: | $619.58 |
| 12. Total Fees and Costs Requested: | $17,954.58 |

A detailed billing statement is attached hereto as Exhibit 1.

Dated: October 28, 2021                  PAGTER AND PERRY ISAACSON

/s/ Misty Perry Isaacson
_____
Misty Perry Isaacson
Attorneys for Debtors,
Francisco Ramirez Ramirez and
Aurora Barajas Mendez

## DECLARATION OF MISTY PERRY ISAACSON

I, Misty Perry Isaacson, declare and state as follows:

1. I am an attorney with the firm of Pagter and Perry Isaacson ("PPI" or the "Firm"). I and all other members of the Firm are duly admitted to practice in the State of California and before this Bankruptcy Court. I have personal knowledge as to all facts set forth herein.

2. The Debtors filed their voluntary chapter 13 case on October 22, 2018.

3. The Debtors' chapter 13 plan ("Plan") was confirmed by order entered on November 26, 2019.

4. The majority of legal serviced provided by PPI in this application relate to the appeal, remand, and settlement of the Debtors' successful objection to the secured home equity line of credit claim ("HELOC") of Investment Consultants, Inc. ("ICI") in the amount of $163,284.01. In lieu of further litigation with ICI, the parties resolved their disputes as follows:

   a. The parties agreed that ICI would have an allowed secured claim on its HELOC, as modified, in the principal amount of $65,000. The outstanding principal will accrue interest per annum at a rate of seven percent. The Debtors shall make monthly interest only payments to ICI in the amount of $379.19 beginning on October 1, 2021 and continuing monthly thereafter until November 1, 2029.

5. Additionally, since of the confirmation of the Debtors' Plan. PPI has performed additional services and assisted the Debtors with the administration of their Plan including but not limited to:

   a. Review Trustee's correspondence and biannual case status reports and reanalyze the continued feasibility and status of Debtor's Plan payments.

   b. Review and respond to the Debtor's inquiries and requests.

6. This is PPI's second fee application and covers the time period from December 19, 2019 through and including October 28, 2021. A true and correct copy of PPI's billing records for this time period are attached hereto as Exhibit 1.

7. I am the lead attorney at PPI who has billed for legal services in this case. My hourly billing rate was $400.00 through August 31, 2021 and increased to $500.00 beginning September 1, 2021. R. Gibson Pagter also billed for legal services in this case, but only .25 hours at a rate $150. The amount of legal services provided for in this Application total $17,335.00 at 42.9 hours. As such, the blended attorney fee rate for legal services performed during this Application period is $404.08 per hour.

8. This Application includes .7 hours related to the preparation of the fee application, including an estimate of additional fees of .2 for preparation of a declaration and order in support of the Application.

9. The total costs requested in this Application are $619.58.

10. PPI is requesting approval of fees and costs in the amount of $17,954.58, with the amount to be paid through the Debtors' Plan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 28, 2021, at Santa Ana, California.

/s/ Misty Perry Isaacson
Misty Perry Isaacson

4

# EXHIBIT 1

Exhibit 1

PAGTER and PERRY ISAACSON, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701-5017
(714) 541-6072


Invoice submitted to:
Mr. Francisco Ramirez
Ms. Aurora Mendez
13422 Elmwood St.
Garden Grove, CA 92843


October 27, 2021
In Reference To:   Chapter 13 Case No. 8:18-bk-13970-MW; Filed: 10/22/18

**DO NOT PAY WITHOUT COURT ORDER**

Professional Services

|   |   | | | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|---|
| 12/30/2019 | - | MPI | R&C Attorney Firman's email request re: extension to file brief. (.1); Review motion to extend deadline to file brief. (.1) | 0.20<br>400.00/hr | | 80.00 |
| 12/31/2019 | - | MPI | Review order granting extension to file brief and e-mail to Client re: same. | 0.10<br>400.00/hr | | 40.00 |
| 1/2/2020 | - | MPI | Review and reply to email from Attorney Chapman re: case status. | 0.10<br>400.00/hr | | 40.00 |
| | - | MPI | Review Trustee's comments re: fee application. | 0.10<br>400.00/hr | | 40.00 |
| | - | MPI | Telephone conference with Attorney Wirsching re: plan, confirmation order and fee application. | 0.20<br>400.00/hr | | 80.00 |
| | - | MPI | Telephone call to Lee's office re: case set up. | 0.10<br>400.00/hr | | 40.00 |
| 1/14/2020 | - | MPI | Review ICI's designation of record and issues on appeal. | 0.10<br>400.00/hr | | 40.00 |
| 1/20/2020 | - | MPI | Conference with Client re: hearing on fee application. | 0.10<br>400.00/hr | | NO CHARGE |
| 1/31/2020 | - | MPI | Review appellate brief filed by Investment Consultants. Review appellant's Excerpts of Record. | 0.10<br>400.00/hr | | 40.00 |
| 2/3/2020 | - | MPI | Review and reply to email from Attorney Chapman re: Attorney fees and Proof of Claim. | 0.10<br>400.00/hr | | 40.00 |

Exhibit 1

Mr. Francisco Ramirez                                                                                               Page     2

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 2/5/2020 - | MPI | Review appellant's opening brief. | 0.30<br>400.00/hr | | 120.00 |
| 2/6/2020 - | MPI | Draft order approving fee application. | 0.10<br>400.00/hr | | 40.00 |
| - | MPI | Review e-mail from Attorney Wirshing re: fee application. | 0.10<br>400.00/hr | | 40.00 |
| - | MPI | Draft e-mail to Client re: copies of tax returns for Trustee. | 0.10<br>400.00/hr | | 40.00 |
| - | MPI | Prepare for and attend hearing re: fee application. | 1.10<br>400.00/hr | | 440.00 |
| 2/18/2020 - | MPI | Research and drafting of Appellate Brief. | 5.60<br>400.00/hr | | 2,240.00 |
| 2/19/2020 - | MPI | Draft e-mail to Clients re: opening brief. | 0.10<br>400.00/hr | | 40.00 |
| - | MPI | Draft final revisions to opening brief. | 1.20<br>400.00/hr | | 480.00 |
| 4/1/2020 - | MPI | Review Trustee's biannual report and draft e-mail to Clients re: same. | 0.15<br>400.00/hr | | 60.00 |
| 4/16/2020 - | MPI | Review order re: oral argument and calendar same. (.1) Draft notice of appearance at oral argument. (.1) | 0.20<br>400.00/hr | | 80.00 |
| - | MPI | E-file notice of appearance for oral argument. | 0.10<br>400.00/hr | | NO CHARGE |
| 5/4/2020 - | MPI | Draft e-mail to Clients re: status of appeal and Client's financial status. | 0.10<br>400.00/hr | | 40.00 |
| 5/5/2020 - | MPI | Review e-mail from Client re: status of Mortgage and plan payments. | 0.10<br>400.00/hr | | 40.00 |
| 5/20/2020 - | MPI | Prepare for and attend hearing re: appeal. | 1.50<br>400.00/hr | | 600.00 |
| 7/16/2020 - | MPI | Review e-mail from Client re: 2019 taxes and upload to Trustee. | 0.10<br>400.00/hr | | 40.00 |
| 7/21/2020 - | MPI | Review and reply to email from Client re: [redacted] | 0.10<br>400.00/hr | | 40.00 |
| 8/4/2020 - | MPI | Review BAPs memorandum and remand of ruling on claim objection. | 0.20<br>400.00/hr | | 80.00 |

Exhibit 1

Mr. Francisco Ramirez                                                                                                    Page    3

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 8/5/2020 - | MPI | Review and reply to email from Attorney Firman re: settlement discussions. (.1); Draft detailed e-mail to Clients re: Bankruptcy Appellate Panel Appeal decision. (.2) | 0.30<br>400.00/hr |  | 120.00 |
| 8/13/2020 - | MPI | Review payment ledger and draft detailed e-mail to Client re: possible settlement. | 0.20<br>400.00/hr |  | 80.00 |
| 8/20/2020 - | MPI | Review and reply to email from Client re: settlement with Bosse. (.1); Draft e-mail to Attorney Firman re: potential settlement. (.1) | 0.20<br>400.00/hr |  | 80.00 |
| 8/28/2020 - | MPI | Draft e-mail to Attorney Firman re: settlement proposal. | 0.10<br>400.00/hr |  | 40.00 |
| - | MPI | Research re: [redacted] | 0.50<br>400.00/hr |  | 200.00 |
| 9/2/2020 - | MPI | Review and reply to email from Client re: settlement with ICI. (.05); Draft follow-up Attorney Firman re: resolution. (.05) | 0.10<br>400.00/hr |  | 40.00 |
| 9/9/2020 - | MPI | Review and reply to email from Client re: [redacted] | 0.10<br>400.00/hr |  | 40.00 |
| 9/16/2020 - | MPI | Draft e-mail to counsel for ICI re: status report and settlement. | 0.10<br>400.00/hr |  | 40.00 |
| 9/21/2020 - | MPI | Telephone conference with Fritz Firman re: status report and settlement. | 0.20<br>400.00/hr |  | 80.00 |
| - | MPI | Review and reply to email from Trustee's Attorney re: status conference report. (.1); Draft detailed e-mail to Clients re: mediation and upcoming status report. (.1) | 0.20<br>400.00/hr |  | 80.00 |
| 9/22/2020 - | MPI | Review e-mail from Client agreeing to mediation and second email re: dates. (.15); Draft e-mail to Attorney Firman re: mediation (3 emails). (.1); Draft e-mail to Judge Jury re: mediation. (.1); Draft proposed status report and e-mail to Attorney Firman re: same. (.4) | 0.75<br>400.00/hr |  | 300.00 |
| 9/23/2020 - | MPI | Draft e-mail to Attorney Firman re: mediation. | 0.10<br>400.00/hr |  | 40.00 |
| 9/30/2020 - | MPI | Draft e-mail to Client re: mediation. | 0.10<br>400.00/hr |  | 40.00 |
| - | MPI | Review e-mail from Judge Jury re: mediation procedure and draft e-mail to Client re: same. | 0.10<br>400.00/hr |  | 40.00 |

Exhibit 1

Mr. Francisco Ramirez                                                                                                    Page     4

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 9/30/2020 - | MPI | Review and reply to email from Client re: mediation and draft e-mail to Attorney Firman re: same. (.1); Review reply from Attorney Firman and draft e-mail to Judge Jury re: same. (.1) | 0.20 400.00/hr |  | 80.00 |
| 10/7/2020 - | MPI | Review court's tentative calendar re: status conference. | 0.10 400.00/hr |  | 40.00 |
| 10/13/2020 - | MPI | Review and reply to email from Client re: mediation. | 0.10 400.00/hr |  | 40.00 |
| - | MPI | Review order continuing Status Conference. | 0.10 400.00/hr |  | 40.00 |
| 10/20/2020 - | MPI | Begin draft of mediation brief. | 3.10 400.00/hr |  | 1,240.00 |
| 10/22/2020 - | MPI | Continued research and drafting of mediation brief and forward same to Judge Jury. | 0.80 400.00/hr |  | 320.00 |
| 10/26/2020 - | MPI | Review e-mail from mediator re: mediation. | 0.10 400.00/hr |  | 40.00 |
| 10/27/2020 - | MPI | Review e-mail from Judge Jury re: closing statement and draft e-mail to Clients re: same. (.2); Draft responsive e-mail to Judge Jury re: closing statement issue. (.2); Revise excel spreadsheet re: balance owing assuming full payout. (.4) | 0.80 400.00/hr |  | 320.00 |
| - | MPI | Review Trustee's bi-annual report. | 0.10 400.00/hr |  | 40.00 |
| 10/29/2020 - | GIB | Conference with Misty Perry Isaacson before and after mediation (.25) | 0.25 600.00/hr |  | 150.00 |
| - | MPI | Mediation re: ICI Proof of Claim. | 3.50 400.00/hr |  | 1,400.00 |
| 11/3/2020 - | MPI | Review and reply to Attorney for ICI re: counter settlement offer. (.1); Draft e-mail to Clients re: counter settlement offer. (.1) | 0.20 400.00/hr |  | 80.00 |
| 11/4/2020 - | MPI | Telephone conference with ICI's Attorney re: counter offer. | 0.10 400.00/hr |  | 40.00 |
| 11/5/2020 - | MPI | Conference with Client re: continued mediation. | 0.50 400.00/hr |  | 200.00 |
| 11/9/2020 - | MPI | Conference with Client re: mediation. (.4); Attend mediation with Client and settled case. (3.8) | 4.20 400.00/hr |  | 1,680.00 |

Exhibit 1

Mr. Francisco Ramirez                                                                                                         Page     5

|            |     |                                                                 | Hrs/Rate          | Tax# | Amount    |
|------------|-----|-----------------------------------------------------------------|-------------------|------|-----------|
| 11/10/2020 | MPI | Review e-mail from Attorney Firman re: term sheet approval.     | 0.10 400.00/hr    |      | 40.00     |
| 12/3/2020  | MPI | Review notice of mortgage payment change and draft e-mail to Client re: same. | 0.10 400.00/hr |      | 40.00     |
| 12/4/2020  | MPI | Review and reply to email from Attorney Firman re: fee application | 0.10 400.00/hr |      | NO CHARGE |
| 12/10/2020 | MPI | Draft settlement agreement. (1.6) Draft e-mail to Attorney Firman re: settlement agreement. (.1) | 1.70 400.00/hr |      | 680.00    |
| 12/14/2020 | MPI | Draft follow-up e-mail to Attorney Firman re: stipulation.      | 0.05 400.00/hr    |      | 20.00     |
| 12/17/2020 | MPI | Draft proposed status report re: claim objection resolution.    | 0.30 400.00/hr    |      | 120.00    |
| 12/18/2020 | MPI | Review e-mail from Attorney Firman re: status report and revisions to settlement agreement. | 0.10 400.00/hr |      | 40.00     |
| 12/21/2020 | MPI | Review and reply to email from Attorney Firman re: status report (2 emails). | 0.10 400.00/hr |      | 40.00     |
| 12/29/2020 | MPI | Draft e-mail to Attorney Firman re: settlement and loan modification. | 0.05 400.00/hr |      | 20.00     |
| 1/4/2021   | MPI | Review and reply to email from Attorney Firman re: settlement agreement and loan modification. | 0.10 400.00/hr |      | 40.00     |
| 1/11/2021  | MPI | Review court tentative re: hearing on claim objection. (.05); Draft e-mail to Attorney Firman re: revisions to settlement and loan modification. (.1) | 0.15 400.00/hr |      | 60.00     |
| 1/12/2021  | MPI | Review order continuing status conference.                       | 0.10 400.00/hr    |      | 40.00     |
| 1/19/2021  | MPI | Draft follow-up e-mail from Attorney Firman re: status of loan modification documents. | 0.10 400.00/hr |      | 40.00     |
| 1/29/2021  | MPI | Review proposed revisions to settlement agreement. (.1); Draft revisions and e-mail to Attorney Firman re: same and status of loan modification. (.2) | 0.30 400.00/hr |      | 120.00    |
| 2/8/2021   | MPI | Draft follow-up email to Attorney Firman re: status of loan modification and settlement agreement. | 0.10 400.00/hr |      | 40.00     |
| 2/18/2021  | MPI | Draft follow-up to Attorney Firman re: updates for loan modification. | 0.10 400.00/hr |      | 40.00     |
| 3/1/2021   | MPI | Draft e-mail to Attorney Firman re: loan modification.           | 0.10 400.00/hr    |      | 40.00     |

10

Exhibit 1

Mr. Francisco Ramirez                                                                                      Page    6

|              |     |                                                                                                                                              | Hrs/Rate         | Tax# | Amount    |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|------------------|------|-----------|
| 3/4/2021  -  | MPI | Telephone call to Attorney Firman re: loan modification and settlement agreement status and leave word.                                      | 0.10 400.00/hr   |      | NO CHARGE |
| 3/23/2021 -  | MPI | Draft follow-up e-mail to Attorney Firman re: settlement.                                                                                    | 0.10 400.00/hr   |      | 40.00     |
|            - | MPI | Review and reply to Attorney Firman re: settlement.                                                                                          | 0.10 400.00/hr   |      | 40.00     |
| 4/1/2021  -  | MPI | Review Trustee's Biannual Report and draft e-mail to Client re: same.                                                                        | 0.10 400.00/hr   |      | 40.00     |
|            - | MPI | Draft follow-up email with Attorney Firman re: loan modification and settlement.                                                             | 0.10 400.00/hr   |      | 40.00     |
| 4/5/2021  -  | MPI | Draft e-mail to Attorney Firman re: Joint Status Report and settlement.                                                                      | 0.10 400.00/hr   |      | 40.00     |
| 4/9/2021  -  | MPI | Review e-mail from Attorney Firman re: settlement signature. (.1); Draft e-mail to Clients re: signatures on settlement agreement. (.1)      | 0.20 400.00/hr   |      | 80.00     |
| 4/19/2021 -  | MPI | Review and reply to email from Client re: settlement agreement. (.1); Draft e-mail to Creditor's counsel re: payment for settlement and status of loan modification. (.1) | 0.20 400.00/hr   |      | 80.00     |
| 4/26/2021 -  | MPI | Prepare for and attend Status Conference.                                                                                                    | 0.40 400.00/hr   |      | 160.00    |
|            - | MPI | Review and reply to email from Attorney Firman re: settlement agreement and loan modification.                                               | 0.10 400.00/hr   |      | 40.00     |
| 4/28/2021 -  | MPI | Review and reply to email from Client re: loan modification from ICI.                                                                        | 0.10 400.00/hr   |      | 40.00     |
| 4/29/2021 -  | MPI | Review and reply to email from Client re: ▓▓▓▓▓▓ (.05); Draft follow-up e-mail to Attorney Firman re: loan modification. (.05)               | 0.10 400.00/hr   |      | 40.00     |
| 5/11/2021 -  | MPI | Draft follow-up e-mail to Attorney Firman re: loan modification.                                                                             | 0.10 400.00/hr   |      | 40.00     |
| 5/18/2021 -  | MPI | Review Federal and State tax returns and e-mail to Client re: same.                                                                          | 0.15 400.00/hr   |      | 60.00     |
|            - | MPI | Uploaded tax return Trustee's system.                                                                                                        | 0.10 400.00/hr   |      | NO CHARGE |
| 5/21/2021 -  | MPI | Draft follow-up e-mail to Attorney Firman re: loan modification.                                                                             | 0.10 400.00/hr   |      | 40.00     |

Exhibit 1

Mr. Francisco Ramirez                                                                                              Page     7

|  |  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|---|
| 5/26/2021 - | MPI | Draft e-mail to ICI's Attorney re: loan modification status and upcoming Status Conference. | 0.10 400.00/hr | | 40.00 |
| 6/9/2021 - | MPI | Draft follow-up e-mail to Attorney Firman re: claim objection. (.1); Draft status report re: claim objection. (.15) | 0.25 400.00/hr | | 100.00 |
| - | MPI | E-file and serve status report. | 0.10 400.00/hr | | NO CHARGE |
| 6/14/2021 - | MPI | Attend Status Conference re: objection to Proof of Claim. | 0.30 400.00/hr | | 120.00 |
| 6/21/2021 - | MPI | Draft e-mail to Attorney Firman re: revised loan modification. | 0.10 400.00/hr | | 40.00 |
| - | MPI | Review and revise proposed loan modification prepared by Creditor's Attorney. | 0.60 400.00/hr | | 240.00 |
| 6/22/2021 - | MPI | Draft e-mail to Clients re: loan modification. | 0.10 400.00/hr | | 40.00 |
| 7/1/2021 - | MPI | Review and reply to email from Client re: loan modification and draft e-mail to ICI's counsel re: same. (.1); Review court order continuing Status Conference. (.1) | 0.20 400.00/hr | | 80.00 |
| 8/5/2021 - | MPI | Draft e-mail to Client re: [redacted] | 0.10 400.00/hr | | 40.00 |
| 8/9/2021 - | MPI | Review e-mail from Attorney Firman re: loan modification and court's tentative for Status Conference. Draft e-mail to reply to Attorney Firman. | 0.15 400.00/hr | | 60.00 |
| 8/11/2021 - | MPI | Review and reply to email from Client re: [redacted] | 0.10 400.00/hr | | 40.00 |
| 8/12/2021 - | MPI | Revise loan modification and settlement agreement. (.5); Draft e-mail to Attorney Firman re: same. (.1) | 0.60 400.00/hr | | 240.00 |
| 8/19/2021 - | MPI | Review and reply to email from Kelly Lee from CA Tax and fee administration and draft e-mail to Clients re: same. | 0.10 400.00/hr | | 40.00 |
| 8/23/2021 - | MPI | Review and reply to email from tax specialist re: sales tax and e-mail to Client re: same. | 0.10 400.00/hr | | 40.00 |
| 8/24/2021 - | MPI | Conference with Client re: [redacted] | 0.10 400.00/hr | | 40.00 |
| - | MPI | Draft e-mail to California Sales Tax representative re: [redacted] | 0.10 400.00/hr | | 40.00 |

Exhibit 1

Mr. Francisco Ramirez                                                                                      Page      8

|           |     |     |                                                                                                                                                                                              | Hrs/Rate          | Tax# | Amount     |
|-----------|-----|-----|------|------|------|------|
| 8/25/2021 | -   | MPI | Review and reply to email from Mr. Lee at California Sales Tax Department re: ▓▓▓                                                                                                                            | 0.10<br>400.00/hr |      | 40.00      |
|           | -   | MPI | Draft e-mail to Clients re: executed settlement and loan modification.                                                                                                                                       | 0.10<br>400.00/hr |      | 40.00      |
|           | -   | MPI | Review and reply to email from Attorney Firman re: settlement and motion to approve same.                                                                                                                    | 0.10<br>400.00/hr |      | 40.00      |
| 9/7/2021  | -   | MPI | Draft follow-up e-mail to Client's re: settlement documents.                                                                                                                                                 | 0.10<br>500.00/hr |      | 50.00      |
| 9/8/2021  | -   | MPI | Review e-mail from Client re: execution of settlement documents.                                                                                                                                             | 0.10<br>500.00/hr |      | NO CHARGE  |
| 9/10/2021 | -   | MPI | Draft e-mail to Attorney Firman re: settlement.                                                                                                                                                              | 0.10<br>500.00/hr |      | 50.00      |
| 9/14/2021 | -   | MPI | Draft notice, motion and declaration in support of compromise with ICI.                                                                                                                                      | 1.50<br>500.00/hr |      | 750.00     |
| 9/15/2021 | -   | MPI | Draft e-mail to Client re: motion to compromise and settlement payments.                                                                                                                                     | 0.10<br>500.00/hr |      | 50.00      |
| 9/20/2021 | -   | MPI | Review and reply to email from Kelly Lee from CA Dept of Tax re: ▓▓▓  Draft e-mail to Client re: same.                                                                                                       | 0.10<br>500.00/hr |      | 50.00      |
| 9/21/2021 | -   | MPI | Review and reply to Client re: ▓▓▓                                                                                                                                                                            | 0.10<br>500.00/hr |      | 50.00      |
|           | -   | MPI | Review and reply e-mail to CA Tax Representative re: receipt of payment.                                                                                                                                     | 0.10<br>500.00/hr |      | 50.00      |
| 9/27/2021 | -   | MPI | Review Trustee's comments re: motion to compromise.                                                                                                                                                          | 0.10<br>500.00/hr |      | 50.00      |
|           | -   | MPI | Review and reply to email from Attorney Wirsching re: comments to motion to compromise. (.1); Review and reply to email from additional email re: language for order approving motion to compromise (2 emails). (.1) | 0.20<br>500.00/hr |      | 100.00     |
| 9/28/2021 | -   | MPI | Review and reply to email from Trustee's representative re: revision to plan percentage.                                                                                                                     | 0.10<br>500.00/hr |      | 50.00      |
| 9/30/2021 | -   | MPI | Review e-mail from Client re: first settlement payment and reply to same. (.1); Draft e-mail to Attorney Firman re: payment. (.05)                                                                           | 0.15<br>500.00/hr |      | 75.00      |
| 10/4/2021 | -   | MPI | Review Trustee's biannual report and e-mail to Client re: same.                                                                                                                                              | 0.10<br>500.00/hr |      | 50.00      |

Exhibit 1

Mr. Francisco Ramirez                                                                                                   Page     9

|  |  | Hrs/Rate | Tax# | Amount |
|---|---|---|---|---|
| 10/4/2021 - MPI | Review and reply to email from Attorney Firman re: settlement payment. | 0.10<br>500.00/hr |  | 50.00 |
| 10/5/2021 - MPI | Draft e-mail to Trustee's Attorney and Attorney Firman re: motion for default Judgment. | 0.10<br>500.00/hr |  | 50.00 |
| 10/6/2021 - MPI | Review e-mail from Attorney Firman re: order approving compromise and draft e-mail to Attorney Wirsching re: same. | 0.10<br>500.00/hr |  | 50.00 |
| 10/7/2021 - MPI | Review and reply to email from Client re: confirmation of settlement payment. | 0.10<br>500.00/hr |  | 50.00 |
| 10/12/2021 - MPI | Review court order granting motion to compromise and draft e-mail to Client re: same. | 0.10<br>500.00/hr |  | 50.00 |
| 10/19/2021 - MPI | Review e-mail from Attorney Firman re: status report and execute status report. | 0.10<br>500.00/hr |  | 50.00 |
| 10/28/2021 - MPI | Draft Notice of Application and Application for Fees with supporting documents (includes estimate of .2 for preparation of declaration and order) | .7 |  | 350.00 |
|  | For professional services rendered | ~~42.20~~<br>42.90 |  | ~~$16,985.00~~<br>$17,335.00 |

Additional Charges :

|  |  | Qty/Price |  | Amount |
|---|---|---|---|---|
| 12/19/2019 - | Postage - Notice and application for fees - 11 pieces @ .65. Total 7.15 | 1<br>7.15 |  | 7.15 |
| - | Notice and application for fees - 11 copies @ 10 pages. Total 110 | 110<br>0.20 |  | 22.00 |
| 2/6/2020 - | Golden State Overnight Delivery to United States Bankruptcy Court -Santa Ana | 1<br>15.18 |  | 15.18 |
| 2/18/2020 - | LexisNexis Online Legal Research re: Appeal. | 1<br>206.05 |  | 206.05 |
| 5/19/2020 - | LexisNexis Online Legal Research for Appellate Brief. | 1<br>34.02 |  | 34.02 |
| 10/20/2020 - | LexisNexis Online Legal Research re: Mediation Brief. | 1<br>201.09 |  | 201.09 |
| 11/9/2020 - | Copy of Orange County Superior Court Tajmiri v Bosse Complaint. | 1<br>7.50 |  | 7.50 |
| - | LexisNexis Online Legal Research re: Public Records Search. | 1<br>20.02 |  | 20.02 |
| 11/30/2020 - | Golden State Overnight Delivery to Judge in Riverside on October 22, 2020. | 1<br>32.77 |  | 32.77 |

Exhibit 1

Mr. Francisco Ramirez                                                                                      Page    10

|               |                                                                                              | Qty/Price | Tax# | Amount   |
|---------------|----------------------------------------------------------------------------------------------|-----------|------|----------|
| 4/26/2021 -   | Court Call - Hearing 4/26/2021 re: continue Status Conference and claim of objection.        | 1<br>26.25 |      | 26.25    |
| 6/14/2021 -   | Court call - Telephonic appearance on continued Status Conference and claim of objection.    | 1<br>26.25 |      | 26.25    |
| 9/15/2021 -   | Postage - Notice and motion to approve settlement - 10 pieces @ .73.  Total 7.30             | 1<br>7.30  |      | 7.30     |
| -             | Notice and motion to approve settlement - 10 copies @ 7 pages.  Total 10                     | 70<br>0.20 |      | 14.00    |
| Total costs   |                                                                                              |           |      | $619.58  |

Exhibit 1

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| IN RE: | CASE NO: 18-13870 |
|---|---|
| FRANCISCO RAMIREZ RAMIREZ<br>AURORA BARAJAS MENDEZ | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 10/29/2021, I did cause a copy of the following documents, described below,

APPLICATION FOR SUPPLEMENTAL FEES AND COSTS (12/19/2019 - 10/28/2021); DECLARATION OF MISTY PERRY ISAACSON IN SUPPORT THEREOF

NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/29/2021

/s/ Misty Perry Isaacson
Misty Perry Isaacson  193204

PAGTER AND PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA  92701
714 541 6027

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>FRANCISCO RAMIREZ RAMIREZ<br>AURORA BARAJAS MENDEZ | CASE NO: 18-13870<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 10/29/2021, a copy of the following documents, described below,

APPLICATION FOR SUPPLEMENTAL FEES AND COSTS (12/19/2019 - 10/28/2021); DECLARATION OF MISTY PERRY ISAACSON IN SUPPORT THEREOF

NOTICE OF OPPORTUNITY TO REQUEST A HEARING ON MOTION [LBR 9013-1(o)]

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/29/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Misty Perry Isaacson
PAGTER AND PERRY ISAACSON
525 N. Cabrillo Park Drive, Suite 104
Santa Ana, CA  92701

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE LIST
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENTS" RECEIVED NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09738
CASE 8-18-BK-13870-MW
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA
FRI OCT 29 10-06-56 PDT 2021

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRU
ROBERTSON ANSCHUTZ  SCHNEID PL
6409 CONGRESS AVE SUITE 100
BOCA RATON FL 33487-2853

INVESTMENT CONSULTANTS INC
CO FRITZ J FIRMAN
1503 SOUTH COAST DRIVE STE 209
COSTA MESA CA 92626-1527

EXCLUDE

~~PAGTER AND PERRY ISAACSON APLC~~
~~525 N CABRILLO PARK DRIVE~~
~~SUITE 104~~
~~SANTA ANA CA 92701-5017~~

EXCLUDE

~~SANTA ANA DIVISION~~
~~411 WEST FOURTH STREET SUITE 2030~~
~~SANTA ANA CA 92701-4500~~

CALIFORNIA DEPT OF TAX  FEE ADMINISTRATION
SPECIAL OPERATIONS BRANCH MIC55
PO BOX 942879
SACRAMENTO CA 94279-0055

FIRTZ J FIRMAN ESQ
1503 COAST DRIVE SUITE 209
COSTA MESA CA 92626-1527

GREGORY BOSSE
940 W 17TH ST SUITE F
SANTA ANA CA 92706-3574

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INVESTMENT CONSULTANTS INC
ATTN MANAGING AGENT
400 SOUTH JONES BLVD
LAS VEGAS NV 89107-2658

OCWEN
ATTN BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH FL 33416-4605

OCWEN LOAN SERVICING LLC
ATTN BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH FL 33416-4605

EXCLUDE

~~OFFICE OF THE UNITED STATE TRUSTEE~~
~~411 W FOURTH ST SUITE 7160~~
~~SANTA ANA CA 92701-4500~~

PITE DUNCAN
4375 JUTLAND DRIVE SUITE 200
PO BOX 17933
SAN DIEGO CA 92177-7921

EXCLUDE

~~UNITED STATES TRUSTEE SA~~
~~411 W FOURTH ST SUITE 7160~~
~~SANTA ANA CA 92701-4500~~

EXCLUDE

~~AMRANE SA COHEN TR~~
~~770 THE CITY DRIVE SOUTH SUITE 3700~~
~~ORANGE CA 92868-4928~~

AURORA MENDEZ BARAJAS
13422 ELMWOOD ST
GARDEN GROVE CA 92843-2647

DEBTOR

FRANCISCO RAMIREZ RAMIREZ
13422 ELMWOOD ST
GARDEN GROVE CA 92843-2647

EXCLUDE

~~MISTY A PERRY ISAACSON~~
~~PAGTER AND PERRY ISAACSON APLC~~
~~525 N CABRILLO PARK DR STE 104~~
~~SANTA ANA CA 92701-5017~~

18

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM

(U.S. Trustee)
United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593

ustpregion16.sa.ecf@usdoj.gov

(Debtor)
Francisco Ramirez Ramirez
13422 Elmwood St.
Garden Grove, CA 92843
represented by:
Misty A Perry Isaacson
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

misty@ppilawyers.com

Pagter and Perry Isaacson, APLC
525 N. Cabrillo Park Drive
Suite 104
Santa Ana, CA 92701
(Attorney)
represented by:
Misty A Perry Isaacson
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

misty@ppilawyers.com

(Joint Debtor)
Aurora Mendez Barajas
13422 Elmwood St.
Garden Grove, CA 92843
represented by:
Misty A Perry Isaacson
Pagter and Perry Isaacson, APLC
525 N Cabrillo Park Dr Ste 104
Santa Ana, CA 92701

misty@ppilawyers.com

(Creditor)
Investment Consultants Inc.
c/o Fritz J. Firman
1503 South Coast Drive, Ste 209
Costa Mesa, CA 92626
represented by:
Fritz J Firman
Weber Firman
1503 S Coast Dr
Ste 209
Costa Mesa, CA 92626

firmanweber@Yahoo.com

(Creditor)
DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR AMERIQUEST MORTGAGE
SECURITIES INC., ASSET-BACKED PASS-
THROUGH CERTIFICATES, SERIES 2004-R8
Robertson, Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
represented by:
Sean C Ferry
Robertson, Anschutz, Schneid & Crane LLP
350 10th Avenue
Suite 1000
San Diego, CA 92101

sferry@raslg.com

(Trustee)
Amrane (SA) Cohen (TR)
770 The City Drive South Suite 3700
Orange, CA 92868

efile@ch13ac.com

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**525 N. Cabrillo Park Drive, Suite 104, Santa Ana, CA  92701**

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR SUPPLEMENTAL FEES AND COSTS (12/19/2019 – 10/28/2021); DECLARATION OF MISTY PERRY ISAACSON IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/29/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Amrane (SA) Cohen (TR)**    efile@ch13ac.com
- **Sean C Ferry**    sferry@raslg.com, sferry@ecf.courtdrive.com
- **Fritz J Firman**    firmanweber@Yahoo.com, centralservice.firmanweber@gmail.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/29/2021 | IMELDA BYNOG | /s/ *Imelda Bynog* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |