| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Misty Perry Isaacson, CA SBN 193204<br>PAGTER AND PERRY ISAACSON<br>525 N. Cabrillo Park Drive, Suite 104<br>Santa Ana, California 92701<br>Telephone: (714) 541-6072<br>Facsimile: (714) 541-6897<br>Email: misty@ppilawyers.com<br><br>☐ *Chapter 13 trustee*<br>☒ *Attorney for:*  Debtor | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 01 2021**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY jle        DEPUTY CLERK |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br><br>FRANCISCO RAMIREZ RAMIREZ and<br>AURORA BARAJAS MENDEZ,<br><br><br>                                                                   Debtor(s). | CASE NO.: 8:18-bk-13870-MW<br>CHAPTER: 13<br><br>**ORDER ON APPLICATION FOR FEES**<br><br>[No Hearing Required] |
|---|---|

Based on the Application for Supplemental Fees (Application) filed on (*date*) <u>10/29/2021</u> as docket entry number <u>141</u> and the recommendation of the chapter 13 trustee, the court orders as follows:

☒ that the sum of $<u>17,335.00</u> is allowed Applicant as compensation for extraordinary services referred to in the Application and the chapter 13 trustee is directed to pay the unpaid balance of $<u>17,335.00</u>, from the estate of the Debtor as funds permit.

☐ that Applicant calendar the Application for hearing before the undersigned bankruptcy judge and that Applicant give appropriate notice of the hearing to the Debtor and the chapter 13 trustee.

☐ that the Application be set for hearing on: (*date*) _____ at (*time*) _____ .

Comments:

###

Date: December 1, 2021

Mark S. Wallace
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 1 | F 3015-1.12.ORDER.CH13.FEES